ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Michael M. Tsontos, S.A. Chania Sucursala    )      ASBCA No. 63594
  Bucuresti                                          )
                                                     )
Under Contract No. W912GB-17-D-0015          )

APPEARANCE FOR THE APPELLANT:          Paul D. Reinsdorf, Esq.
                                          Frankfurt/Main, Germany

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                          Engineer Chief Trial Attorney
                                       David B. Jerger, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Baltimore

                                       Jason Shippy, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Brooklyn

                                       Herbert J. Aldridge, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Europe

ORDER OF DISMISSAL

The parties have settled the dispute.  The appeal is dismissed with prejudice.

Dated:  July 30, 2024

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63594, Appeal of Michael M. Tsontos, S.A.  Chania Sucursala Bucuresti, rendered in conformance with the Board's Charter.

Dated:  July 30, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals